IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Jeff Arlando King                                                                                           Plaintiff

v.                              No. 5:14–CV–066-JM

Carolyn W. Colvin, Acting Commissioner,
Social Security Administration                                                                Defendant

ORDER ACCEPTING RECOMMENDED DISPOSITION

After reviewing the recommended disposition filed in this case, the court finds no party has objected. The court ACCEPTS the recommended disposition and DENIES Jeff Arlando King's request for relief (docket entry # 2). The court will enter judgment affirming the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

So ordered this 6th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE